```
 1 │ JOSEPH P. RUSSONIELLO (CSBN 44332)
   │ United States Attorney
 2 │
   │ BRIAN J. STRETCH (CASBN 163973)
 3 │ Chief, Criminal Division
   │
 4 │ JEFFREY R. FINIGAN (CASBN 168285)
   │ JEFFREY RABKIN (CSBN 189798)
 5 │ Assistant United States Attorneys
   │
 6 │
   │     450 Golden Gate Avenue
 7 │     San Francisco, California  94102
   │     Telephone: (415) 436-7232
 8 │     Facsimile: (415) 436-7234
   │     Email: jeffrey.finigan@usdoj.gov
 9 │
   │ Attorneys for Plaintiff
10 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 3 09 70448 JL |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| JOHN BUI, | |
| Defendant. | |

      The above-captioned matter came before the Honorable Joseph Spero, United States Magistrate Judge, on June 9, 2009, for preliminary hearing or arraignment on an indictment. The defendant was represented by Mary McNamara and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 15, 2009, at 9:30 a.m. for preliminary hearing or arraignment on an indictment.

      The Court made findings on the record on June 9, 2009, of good cause and the defendant consented to extending the time within which he must be indicted pursuant to

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70448 JL

Federal Rule of Criminal Procedure 5.1(d).

    The parties hereby agree to and request that the case be continued until July 15, 2009, and that the time limits of Rule 5.1(c) be extended until then so that the parties may further review discovery and discuss potential resolution.

DATED:    June 10, 2009            /s/
                                          MARY MCNAMARA
                                          Counsel for John Bui

DATED:    June 10, 2009            /s/
                                          JEFFREY FINIGAN
                                          Assistant U.S. Attorney

So ordered.

DATED: June 15, 2009



JOSEPH C. SPERO
United States Magistrate Judge

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70448 JL                      2