1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   JEFFREY RABKIN (CABN 189798)
5  Assistant United States Attorneys

6
       450 Golden Gate Avenue
7      San Francisco, California 94102
       Telephone: (415) 436-7232
8      Facsimile: (415) 436-7234
       Email: jeffrey.finigan@usdoj.gov
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,        )   Criminal No. CR 3 09 70448 JL and
                                      )   Criminal No. CR 3 09 70547 JCS
16 |        Plaintiff,                )
                                      )
17 |   v.                             )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING
18 | JOHN BUI,                        )   APPEARANCE AND EXCLUDING
                                      )   TIME
19 |        Defendant.                )
                                      )

20

21
        On May 14, 2009, the above-referenced defendant was charged with false
22
   statements in violation of Title 18, United States Code, Section 1001, pursuant to a
23
   Complaint in case no. CR 3 09 70448 JL. On June 19, 2009, the above-referenced
24
   defendant was charged with witness tampering in violation of Title 18, United States
25
   Code, Section 1512(b)(3), pursuant to a Complaint in case no. CR 3 09 70547 JCS. Both
26
   cases were set for preliminary hearing or arraignment on an indictment before the Court
27
   on July 15, 2009. The defendant is represented by Mary McNamara, Esq. and the
28

STIP & ORDER TO CONTINUE
CR 3 09 70448 JL and CR 3 09 70547 JCS

1  government is represented by Jeffrey Finigan and Jeffrey Rabkin, Assistant United States
2  Attorneys.
3         The parties are informally exchanging information in an effort to potentially
4  resolve the matter pre-indictment and wish to continue the defendant's appearance on
5  July 15, 2009 to continue that process. In addition, the parties anticipate that the
6  defendant will be unavailable on July 15, 2009 due to a quarantine imposed at the facility
7  in which the defendant has been detained pending indictment. Accordingly, the parties
8  hereby stipulate that good cause exists and the defendant consents to extend the time
9  within which he must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d)
10 and Title 18, United States Code, Section 3161.
11        Moreover, the parties hereby agree to and request that the case be continued until
12 August 21, 2009, and that the time limits of Rule 5.1(c) and Title 18, United States Code,
13 Section 3161 be extended until then so that the parties may further review discovery and
14 discuss potential resolution.

16 DATED: July 13, 2009                    _____
17                                          MARY MCNAMARA, ESQ.
                                            Counsel for Defendant John Bui

20 DATED: July 13, 2009                    _____
                                            JEFFREY RABKIN
21                                          Assistant U.S. Attorney

STIP & ORDER TO CONTINUE
CR 3 09 70448 JL and CR 3 09 70547 JCS          2

## ORDER

For the reasons stated by the parties herein, it is hereby ORDERED that the appearance in both of the above-referenced cases on July 15, 2009, is **CONTINUED** to August 21, 2009, at 9:30 a.m. before the Honorable Bernard Zimmerman, U.S. Magistrate Judge. The Court finds that the ends of justice served by excluding the period from July 15, 2009 to August 21, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A). Accordingly, and with the consent of the defendant, the Court orders that the period from July 15, 2009 to August 21, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: 7/14/09

United States Magistrate Judge
Nandor J. Vadas
United States Magistrate Judge

STIP & ORDER TO CONTINUE
CR 3 09 70417 JL                         3